Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 7454 | DATE | Dec. 30, 2004 |
| CASE TITLE | Chicago Rabbinical Council v Illini State Trucking Co., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Hearing
(5) ☐ Status hearing
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]

Plaintiff's agreed motion to enter judgment is granted, and judgment is entered in favor of plaintiff and against defendant in the total amount of $85,000.00.

(11) ● [For further detail see order attached to the original minute order.]

| X | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | DEC 15 2005 | |
| | Notified counsel by telephone. | | date docketed | 6 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | GS | courtroom deputy's initials | date mailed notice | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO RABBINICAL COUNCIL, INC., an Illinois not for profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLINI STATE TRUCKING CO., an Illinois corporation, ROBERT BULT, an individual, and QUINN FREDERICK, an individual,<br><br>Defendants. | Civil Action No. 04 C 7454<br><br>Judge Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |

## JUDGMENT

This matter coming before the Court upon motion of the Plaintiff, CHICAGO RABBINICAL COUNCIL, INC., an Illinois not for profit corporation ("CRC"), the Court having reviewed the stipulation between the CRC and ILLINI STATE TRUCKING CO., an Illinois corporation, and ROBERT BULT, an individual, and the Court being otherwise duly informed in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants are hereby enjoined from using the CRC's certification mark without the CRC's consent.

2. Judgment is hereby entered in favor of the CRC and against Defendants, Robert Bult, and Illini State Trucking Co., jointly and severally, in the following amounts:

 (a) $14,000 as compensatory damages and/or disgorgement of profits;

 (b) $50,000 as statutory and punitive damages; and

 (c) $21,000 as attorney's fees and costs.



- 1 -

NGEDOCS: 008000.0185:1109483.1

3. Except as allowed in paragraphs 1 and 2 above, the balance of plaintiff's claims for relief is dismissed.

IT IS SO ORDERED.

ENTER: *Robert W. Gottleman*

———————————————
Hon Judge Gettleman
U.S. District Judge
Northern District of Illinois
Eastern Division

DATED: December 30, 2004

NGEDOCS: 008000.0185:1109483.1